WALTER D. BURRIS, Plaintiff, *v.* MATSON NAVIGATION COMPANY, Defendant.

City Court of New York, Special Term, New York County, May 24, 1940.

*George J. Engelman,* for the plaintiff.

*Haight, Griffin, Deming & Gardner [J. Ward O'Neill* and *Milton James* of counsel], for the defendant.

COLEMAN, J.  Motion is denied.  The plaintiff is not a resident of New York, but of California, and unlike the statute covering the Federal courts (U. S. Code, tit. 28, § 837), there is no statute in New York exempting a non-resident seaman from supplying security for costs.  Order filed.